UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>         Plaintiff,<br><br>v.<br><br>RANCHO PASEO CENTER, a General Partnership; Does 1-10,<br><br>         Defendant. | Case No.: 20cv0221-JAH (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (Doc. No. 4).** |

On March 5, 2020, the Parties filed a joint motion styled as a stipulation requesting additional time for Defendant to respond to Plaintiff's Complaint. *See* Doc. Nos. 1, 4. Having considered the Parties' motion, IT IS HEREBY ORDERED that Defendant shall have until March 20, 2020, in which to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: March 6, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE