1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| Chris LANGER,<br><br>                                    Plaintiff,<br><br>v.<br><br>RANCHO PASEO CENTER, and DOES<br>1–10,<br><br>                                    Defendants. | Case No.:  20-cv-00221-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO SUSPEND IN-PERSON MEETING OF COUNSEL REQUIREMENT AND IN-PERSON EARLY NEUTRAL EVALUATION REQUIREMENT**<br><br>**[ECF NO. 11]** |

18
19
20
21
22
23
24
25
26
27
28

On April 28, 2020, the Parties filed a Joint Motion requesting that the Court excuse the in-person on-site meet and confer requirement set forth in the Court's Early Neutral Evaluation Order, as well as the in-person requirement at the Early Neutral Evaluation Conference.  (ECF No. 11; *see* ECF No. 9 ¶¶ 2, 7[setting forth requirements].)  The Parties request that the in-person on-site meet and confer requirement and the Early Neutral Evaluation Conference's in-person requirement be excused due to the threat posed by the COVID-19 Pandemic and the stay-at-home orders that are in response to the COVID-19 Pandemic.  (ECF No. 11 at 2.)

Accordingly, good cause appearing (*see* Chief Judge Order Nos. 17–18, 24), the Joint Motion (ECF No. 11) is **GRANTED**.  The parties are **NOT** required to meet and

confer in-person at the subject premises.   Instead, they must **TELEPHONICALLY** engage in the meet and confer efforts as delineated by Paragraph 7 of the Court's April 7, 2020 Order (ECF No. 9) on or before May 13, 2020.

Additionally, the Early Neutral Evaluation Conference set for May 27, 2020 at 1:30 PM is **CONVERTED** to a **TELEPHONIC** Early Neutral Evaluation Conference. Plaintiffs' counsel shall coordinate a joint call to (619) 557-2993 at 1:30 PM on May 27, 2020 with counsel for all parties already on the line.

All other requirements set forth in the Court's April 7, 2020 Order (ECF No. 9) **remain in effect**.

**IT IS SO ORDERED.**

Dated:  May 4, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge